# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWELL HSIEH,<br><br>                      Plaintiff,<br><br>v.<br><br>FCA US LLC, et al.,<br><br>                      Defendants. | Case No.: 19-CV-1691 W (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 38]** |

Pending before the Court is a joint motion to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 38] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

      **IT IS SO ORDERED**.

Dated:  December 8, 2020

_____
Hon. Thomas J. Whelan
United States District Judge